**EXHIBIT 1**



CITY OF PHILADELPHIA

POLICE DEPARTMENT
HEADQUARTERS, FRANKLIN SQUARE
PHILADELPHIA, PA 19106

CHARLES H. RAMSEY
COMMISSIONER

May 5, 2014

The Honorable Paul S. Diamond,
Judge, United States Courthouse
601 Market Street
Philadelphia, PA 19109

Dear Judge Diamond,

This letter is written in reference to the sentencing of former Philadelphia Police Officer Rafael Cordero. I have served as Philadelphia Police Commissioner for the past six years. The Philadelphia Police Department has a long and honorable record of service to the citizens of this great city. Rafael Cordero has been convicted, in a court of law, of very serious crimes. In addition to the criminal conviction, which brings him before this court, he stands guilty of a breach of public trust. His actions have brought disgrace and dishonor not only upon himself but on all of the brave men and women of the Police Department. It is a privilege to wear the uniform and badge of a Philadelphia Police Officer. It represents the trust bestowed upon each of us by the communities we serve. Rafael Cordero has betrayed that trust. The badge he once wore, #4660, has been permanently tarnished.

In the Philadelphia Police Department there are two circumstances in which an officer's badge is taken out of service. The first and honorable circumstance is when an officer is killed in the line of duty. Out of respect for the sacrifice made by that officer and his family the badge and number are permanently retired. The second circumstance is the complete opposite. It occurs when an officer brings such dishonor to his badge that it is taken out of service and destroyed, never to

be worn by another member of this department. The disgraced officer's name is also removed from the list of all who have worn that badge, with honor, before him. A new badge is minted to replace the one that has been forever tarnished.

I am certain that during sentencing there will be some that ask for leniency. They may ask you to consider his years of service as a "public servant". I urge you not to consider anything of the sort. Rafael Cordero used his office repeatedly to further a criminal enterprise. He made a conscious decision to betray his fellow officers and the citizens he was sworn to protect. He does not deserve leniency. On behalf of the honest and hardworking Philadelphia police officers and residents of our city, I ask that you impose the maximum penalty allowed by law.

Sincerely,

Charles H. Ramsey
Police Commissioner
Philadelphia Police Department
President, Major Cities Chiefs Association
President, Police Executive Research Forum